UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICA TURNER,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN, CSP-SACRAMENTO,<br><br>    Respondent. | No. 2:18-cv-1180 KJN P<br><br>ORDER and FINDINGS AND RECOMMENDATIONS |

By order filed June 21, 2018, petitioner's habeas application was dismissed, and he was granted thirty days' leave to file an amended civil rights complaint or a request to voluntarily dismiss this action. The thirty day period has now expired, and petitioner has not responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall assign a district judge to this case.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 9, 2018

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/turn1180.fta.hab